UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IRINA KONSTANTINOV, as Conservator
for the Estate of VLADIMIR
KONSTANTINOV, a mentally
incapacitated person, and
SERGEI MNATSAKANOV,

        Plaintiffs,

vs.

Case No. 04-CV-74928

HON. GEORGE CARAM STEEH

FINDLAY FORD LINCOLN MERCURY,

        Defendant.
_____/

ORDER RESOLVING PLAINTIFFS' OBJECTIONS TO MAGISTRATE'S DISCOVERY ORDER (DOC. # 61) AND EXTENDING DISCOVERY DEADLINE TO DECEMBER 1, 2007

The court held several telephone conferences with plaintiffs' and defendant's counsel over the course of two days, October 23 and 24, 2007. These conferences were conducted in connection with plaintiffs' objections to the order of Magistrate Judge Morgan issued on Monday, October 22, 2007, in which she permitted certain mental exams of plaintiff Mnatsakanov.

This court allowed the neuropsychological exam to be conducted on October 24, 2007, with certain conditions, and the parties agreed on the procedure for scheduling of an exam by a psychiatrist. As discussed at conference, the discovery deadline has been extended to December 1, 2007, by which time the parties will have completed all discovery, including that contemplated in the conferences. Also as discussed at conference, this extension does not impact the dispositive motion deadline of November

16, 2007, the final pre-trial conference date of February 25, 2008, or the trial date of March 4, 2008.

    IT IS SO ORDERED.


Dated:  October 30, 2007


                              S/George Caram Steeh
                              GEORGE CARAM STEEH
                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 30, 2007, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk

---

2