UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IRINA KONSTANTINOV, as Conservator
for the Estate of VLADIMIR
KONSTANTINOV, a mentally
incapacitated person, and
SERGEI MNATSAKANOV,

        Plaintiffs,

Case No. 04-CV-74928

vs.

HON. GEORGE CARAM STEEH

FINDLAY FORD LINCOLN MERCURY,

        Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR SANCTIONS [DOC. 219]

This matter is presently before the Court on defendant's motion for sanctions as a result of plaintiffs' presentation of deposition testimony of Rick Manley in direct violation of rulings made by the Court.

The Court has read defendant's motion and is aware of the arguments contained therein. Now, therefore,

IT IS HEREBY ORDERED that defendant's motion for sanctions as a result of plaintiffs' presentation of deposition testimony of Rick Manley in direct violation of rulings made by the Court is DENIED as MOOT.


Dated: May 15, 2008

                                    S/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 15, 2008, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk